A CERTIFIED TRUE COPY
ATTEST

By Delora Davis on Jan 05, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 17, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-9)

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2009). Since that time, 129 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 05, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
Clerk of Court
BY: Deborah Sheins
Deputy Clerk
Date 1/7/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2100

## SCHEDULE CTO-9 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM  2  09-1092 | Tonya Rogers v. Bayer Corp., et al. | 10-20001 |
| **CALIFORNIA CENTRAL** | | |
| ~~CAC  2  09-8762~~ | ~~Sudria Andrews v. Bayer Corp., et al.~~ Opposed 01/04/10 | |
| **CALIFORNIA EASTERN** | | |
| CAE  2  09-3344 | Sandra Perez v. Bayer Corp., et al. | 10-20002 |
| **CALIFORNIA NORTHERN** | | |
| CAN  3  09-5558 | Chalene Gutierrez, et al. v. Bayer Corp., et al. | 10-20003 |
| CAN  3  09-5610 | Kristin Van Cuyck, et al. v. Bayer Corp., et al. | 10-20004 |
| **COLORADO** | | |
| CO  1  09-2763 | Jennifer Johnson v. Bayer Corp., et al. | 10-20005 |
| **INDIANA SOUTHERN** | | |
| INS  1  09-1455 | Kimberley Johnson v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-10006 |
| INS  1  09-1464 | Kimberly Willis v. Bayer Corp., et al. | 10-20007 |
| **LOUISIANA WESTERN** | | |
| LAW 1  09-1953 | Shannin West v. Bayer Corp., et al. | 10-20008 |
| **MINNESOTA** | | |
| MN  0  09-3383 | Fadia As-Saidi v. Bayer Corp., et al. | 10-20009 |
| MN  0  09-3384 | Katheryn Meadows v. Bayer Corp., et al. | 10-20010 |
| MN  0  09-3385 | Linda Barney v. Bayer Corp., et al. | 10-20011 |
| **MISSOURI EASTERN** | | |
| MOE 4  09-1913 | Michelle S. House-Connaghan v. Bayer Corp., et al. | 10-20012 |

**MDL No. 2100 - Schedule CTO-9 Tag-Along Actions (Continued)**

**DIST. DIV. C.A.#**         **CASE CAPTION**

NEW YORK SOUTHERN
NYS  1  09-9019      Jacqueline Schmidt v. Bayer Corp., et al.            10-20013
NYS  1  09-9150      Vanessa Griggs v. Bayer Corp., et al.                10-20014
NYS  1  09-9632      Elizabeth O'Connor v. Bayer Corp., et al.            10-20015
NYS  1  09-9751      Sondra Verser, et al. v. Bayer Corp., et al.         10-20016
NYS  1  09-9752      Muriel Robinson, et al. v. Bayer Corp., et al.       10-20017
NYS  1  09-9754      Lake Bedoya v. Bayer Corp., et al.                   10-20018
NYS  1  09-9756      Elizabeth Levy v. Bayer Corp., et al.                10-20019
NYS  1  09-9757      Robin Terrase, et al. v. Bayer Corp., et al.         10-20020
NYS  1  09-9758      Cynthia Hale v. Bayer Corp., et al.                  10-20021
NYS  1  09-9868      Sara R. Heffernan v. Bayer Corp., et al.             10-20022
NYS  1  09-9869      Kristin Mahr, et al. v. Bayer Corp., et al.          10-20023
NYS  1  09-9871      Julia Gonzalez v. Bayer Corp., et al.                10-20024
NYS  1  09-9872      Daniela L. Delgado, et al. v. Bayer Corp., et al.    10-20025
NYS  7  09-9990      Jennifer Pugh, et al. v. Bayer Corp., et al.         10-20026

OHIO NORTHERN
OHN  1  09-2677      Deborah Williams, et al. v. Bayer Corp., et al.      10-20027

OKLAHOMA WESTERN
OKW  5  09-1277      Susan K. Martin v. Bayer Corp., et al.               10-20028
OKW  5  09-1324      Lesley Ann Dunnagan v. Bayer Corp., et al.           10-20029

TEXAS NORTHERN
TXN  4  09-725       Camaryn Bolton v. Bayer Corp., et al.                10-20030

TEXAS SOUTHERN
TXS  4  09-3668      Maria Muzquiz, et al. v. Bayer Corp., et al.         10-20031
TXS  4  09-3792      Susan Prather v. Bayer Corp., et al.                 10-20032
TXS  4  09-3794      Melissa Marchbanks v. Bayer Corp., et al.            10-20033
TXS  4  09-3858      Calle Askew v. Bayer Corp., et al.                   10-20034